B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of North Carolina

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):**<br>S. W. Webber, III, D.D.S., P.A. | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>56-1781133 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>518 East Boulevard<br>Charlotte, NC<br>ZIP Code: 28203 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Mecklenburg | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **S. W. Webber, III, D.D.S., P.A.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)      **Page 3**

| **Voluntary Petition** | Name of Debtor(s):<br>**S. W. Webber, III, D.D.S., P.A.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X /s/ Andrew T. Houston**
Signature of Attorney for Debtor(s)

**Andrew T. Houston 36208**
Printed Name of Attorney for Debtor(s)

**Moon Wright & Houston, PLLC**
Firm Name

**227 West Trade Street**
**Suite 180**
**Charlotte, NC 28202**

Address

**704-944-6560  Fax: 704-944-0380**
Telephone Number

**March 25, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Spurgeon W. Webber, III**
Signature of Authorized Individual

**Spurgeon W. Webber, III**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 25, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## CORPORATE RESOLUTION

I, the undersigned, being the President of **S. W. Webber, III D.D.S., P.A.**, a North Carolina professional corporation (the "Company") having a corporate headquarters located at 518 East Boulevard, Charlotte, NC 28203, do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the Board of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the officers of the Company are authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Moon Wright & Houston, PLLC, upon such terms and conditions as the officers of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that any of the officers of the Company are each severally authorized to retain on behalf of the Company such other professionals as the officers of the Company deem necessary or appropriate, upon such terms and conditions as the officers of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that any of the officers of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
      March 25, 2015

By: _____
Name: Spurgeon W. Webber, III
      President

MWH: 10294.001; 00013113.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **S. W. Webber, III, D.D.S., P.A.**             Case No.
Debtor(s)                                              Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A-Plus Dental<br>2114 Ben Craig Drive, Suite 100<br>Charlotte, NC 28262 | A-Plus Dental<br>2114 Ben Craig Drive, Suite 100<br>Charlotte, NC 28262 | | | 21,940.30 |
| American Asset Corporation<br>PO Box 602804<br>Charlotte, NC 28260 | American Asset Corporation<br>PO Box 602804<br>Charlotte, NC 28260 | | | 48,132.82 |
| AT&T Global Services<br>PO Box 8102<br>Aurora, IL 60507 | AT&T Global Services<br>PO Box 8102<br>Aurora, IL 60507 | | | 7,796.01 |
| Charlotte Hornets<br>333 East Trade Street<br>Charlotte, NC 28202 | Charlotte Hornets<br>333 East Trade Street<br>Charlotte, NC 28202 | | | 75,969.13 |
| Hawkins Conrad & Co.<br>4500 Cameron Valley Parkway<br>Suite 130<br>Charlotte, NC 28211 | Hawkins Conrad & Co.<br>4500 Cameron Valley Parkway<br>Suite 130<br>Charlotte, NC 28211 | | | 27,662.72 |
| Hunton & Williams<br>PO Box 405759<br>Atlanta, GA 30384 | Hunton & Williams<br>PO Box 405759<br>Atlanta, GA 30384 | | | 13,651.10 |
| Internal Revenue Service<br>Attn:  Brenda Dixon<br>10715 David Taylor Drive<br>Five Resource Square MB 22<br>Charlotte, NC 28262 | Internal Revenue Service<br>Attn:  Brenda Dixon<br>10715 David Taylor Drive<br>Charlotte, NC 28262 | | | 1,074,516.00 |
| Mecklenburg County Tax Collector<br>P.O. Box 71063<br>Charlotte, NC 28272-1063 | Mecklenburg County Tax Collector<br>P.O. Box 71063<br>Charlotte, NC 28272-1063 | | | 58,697.68 |
| NC Department of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640-0002 | NC Department of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640-0002 | | | 29,038.58 |

B4 (Official Form 4) (12/07) - Cont.

In re **S. W. Webber, III, D.D.S., P.A.**                                          Case No.
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NC Employment Security Commission<br>7140 Forest Point Drive, Suite A<br>Charlotte, NC 28217 | NC Employment Security Commission<br>7140 Forest Point Drive, Suite A<br>Charlotte, NC 28217 | | | 61,608.25 |
| Patterson Dental 930562<br>9129 Monroe Road, Suite 160<br>Charlotte, NC 28270 | Patterson Dental 930562<br>9129 Monroe Road, Suite 160<br>Charlotte, NC 28270 | | | 10,305.36<br><br>(5,000.00 secured) |
| Premium Assignment Corp.<br>B&B Protector Plans<br>PO Box 8800<br>3522 Thomasville Road, Suite 400<br>Tallahassee, FL 32309 | Premium Assignment Corp.<br>B&B Protector Plans<br>PO Box 8800<br>Tallahassee, FL 32309 | | | 4,907.20 |
| Regions Bank Commercial Loan Processing<br>PO Box 11407<br>Birmingham, AL 35246 | Regions Bank Commercial Loan Processing<br>PO Box 11407<br>Birmingham, AL 35246 | | | 21,245.00 |
| RPA Design PC<br>5960 Fairview Road, Suite 120<br>Charlotte, NC 28210 | RPA Design PC<br>5960 Fairview Road, Suite 120<br>Charlotte, NC 28210 | | | 7,627.71 |
| Sherer Dental Laboratory<br>PO Box 11627<br>Rock Hill, SC 29731 | Sherer Dental Laboratory<br>PO Box 11627<br>Rock Hill, SC 29731 | | | 5,303.28 |
| Solution Start<br>4301-F Stuart Andrew Blvd.<br>Charlotte, NC 28217 | Solution Start<br>4301-F Stuart Andrew Blvd.<br>Charlotte, NC 28217 | | | 42,050.66 |
| Total EHR, LLC<br>PO Box 653<br>Birmingham, AL 35201 | Total EHR, LLC<br>PO Box 653<br>Birmingham, AL 35201 | | | 5,312.50 |
| US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 | US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 | Dental Equipment | | 68,634.00<br><br>(50,000.00 secured) |
| Wells Business BKG Support<br>MAC D4004-03A<br>PO Box 202902<br>Dallas, TX 75320 | Wells Business BKG Support<br>MAC D4004-03A<br>PO Box 202902<br>Dallas, TX 75320 | | | 482,559.80 |
| WLNK-FM Greater Media CLT<br>One Julian Price Place<br>Charlotte, NC 28208 | WLNK-FM Greater Media CLT<br>One Julian Price Place<br>Charlotte, NC 28208 | | | 4,727.50 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **S. W. Webber, III, D.D.S., P.A.** Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 25, 2015**         Signature **/s/ Spurgeon W. Webber, III**
                                          **Spurgeon W. Webber, III**
                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of North Carolina

In re: **S. W. Webber, III, D.D.S., P.A.**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Spurgeon W. Webber, III**<br>**518 East Boulevard**<br>**Charlotte, NC 28203** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 25, 2015**

Signature **/s/ Spurgeon W. Webber, III**
**Spurgeon W. Webber, III**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of North Carolina

In re   **S. W. Webber, III, D.D.S., P.A.**                                    Case No.
                                     Debtor(s)                                  Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 25, 2015**                    **/s/ Spurgeon W. Webber, III**
                                               **Spurgeon W. Webber, III**/**President**
                                               Signer/Title

.

A-Plus Dental
2114 Ben Craig Drive, Suite 100
Charlotte, NC 28262

Alba L. Monsalve
8607 Dansington Court
Waxhaw, NC 28173

Amber N. Duck
8427 Quintrell Drive
Charlotte, NC 28277

Ambrosia S. Piper
1631 N. Wind Place, Apt. 204
Charlotte, NC 28210

American Asset Corporation
PO Box 602804
Charlotte, NC 28260

Amy L. Dillon
225-L S. Chase Street
Charlotte, NC 28207

Amy M. Lowry
802 Reliance Street
Charlotte, NC 28208

Ashley M. Perry
1668 Ashridge Road
Rock Hill, SC 29730

AT&T Global Services
PO Box 8102
Aurora, IL 60507

Bryanna M. Castro-Ulloa
1215 Beechdale Drive
Charlotte, NC 28212

Charlotte Hornets
333 East Trade Street
Charlotte, NC 28202

Christina A. Britton
9716-B Rea Road, #123
Charlotte, NC 28277


Christina Carter
12231 Shadow Ridge Lane
Charlotte, NC 28273


Christopher E. McCain
7113 Sterncrest Place
Charlotte, NC 28210


Crystal Martin Wilson
c/o Everette Gaskins Hancock LLP
Post Office Box 911
Raleigh, NC 27602


Dr. Courtney P. Edwards
1312 S. College Street, Apt. 1118
Charlotte, NC 28203


Duke Energy
Attn:  Jennie M. Raine
DEC 45A
PO Box 1321
Charlotte, NC 28201


Fabiola Congote
8607 Vansington Court
Waxhaw, NC 28173


Genise L. Kelley
2061 Hamil Ridge Drive
Waxhaw, NC 28173


Hawkins Conrad & Co.
4500 Cameron Valley Parkway
Suite 130
Charlotte, NC 28211


Helena M. Monroe
1102 Stonehenge Lane
Charlotte, NC 28216

```
Hitachi Capital America Corp.
c/o Mark Magnozzi, Manager
23 Green Street, Suite 302
Huntington, NY 11743


Hugh Ogletree
335 Doggett Street, Apt. 400
Charlotte, NC 28203


Hunton & Williams
PO Box 405759
Atlanta, GA 30384


India S. Lee
109 Poindexter Drive #5206
Charlotte, NC 28203


Internal Revenue Service
Attn:  Brenda Dixon
10715 David Taylor Drive
Five Resource Square MB 22
Charlotte, NC 28262


Janneth D. Herrera
6824 Southbrook Drive
Charlotte, NC 28277


Jasmine N. Williams
2104 Planters Knoll Drive
Monroe, NC 28110


Jennifer Anyaegbunam
1916 Dunsmore Lane
Waxhaw, NC 28173


Jennifer Hunter-Riley
6108 Tesh Court
Charlotte, NC 28269


Jerrica D. Kirkpatrick
2431 Booker Avenue
Charlotte, NC 28216
```

Jessica S. Gibson
9510-o Shannon Green Drive
Charlotte, NC 28213


Joshua D. Miller
309 E. Morehead Street
Apartment 613
Charlotte, NC 28202


Julie L. Bell
Patterson Dilthey
The Summit, 4101 Lake Boone Trail
Suite 514
Raleigh, NC 27607


Kelly Nkashama
2309 Whitford Lane
Charlotte, NC 28210


Latoya D. Joel
8820 Laurel Pond Lane #302
Charlotte, NC 28262


Laura M. Ice
206 Smith Street
Fort Mill, SC 29715


Leslie F. Livingston
8505 Terra Cotta Drive
Charlotte, NC 28215


Marcelle Desronvil-Lissade
8115 Antack Lane
Charlotte, NC 28269


Mecklenburg County Tax Collector
P.O. Box 71063
Charlotte, NC 28272-1063


Melissa Cope
4040 Fincher Road
Matthews, NC 28104

Nadia E. Masnyj
309 E. Morehead Street, Apt. 719
Charlotte, NC 28203


NC Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0002


NC Employment Security Commission
7140 Forest Point Drive, Suite A
Charlotte, NC 28217


Nicole M. McLinnahan
12925 Atkins Circle Drive
Apartment 201
Charlotte, NC 28277


Nicole M. Poimstev
1211 Green Oaks Lane
Apt. L
Charlotte, NC 28205


Nohora Fiesco
3226 Shadowy Retreat Drive
Matthews, NC 28104


North Carolina State Board
of Dental Examiners
507 Airport Blvd # 105
Morrisville, NC 27560


Paola R. Uceda
6334 Seton House Lane
Charlotte, NC 28277


Patterson Dental 930562
9129 Monroe Road, Suite 160
Charlotte, NC 28270


Patterson Financial Services
1031 Mendota Heights Road
Saint Paul, MN 55120

```
Piedmont Natural Gas
c/o Bankruptcy
4339 S Tryon Street
Charlotte, NC 28217-1733


Premium Assignment Corp.
B&B Protector Plans
PO Box 8800
3522 Thomasville Road, Suite 400
Tallahassee, FL 32309


Quiana J. Reid
451 Berkshire Road
Charlotte, NC 28209


Rachael E. Estes
3903 Galleria Pointe Circle
Rock Hill, SC 29730


Regions Bank Commercial Loan Processing
PO Box 11407
Birmingham, AL 35246


RPA Design PC
5960 Fairview Road, Suite 120
Charlotte, NC 28210


Sandra G. Gaines-Beddard
14910 Chilgrove Lane
Huntersville, NC 28078


Sandra R. Mancebo
9120 Post Canyon Lane NC
Charlotte, NC 28213


Sheldon M. Conover
8118 Poplar Grove Circle
Waxhaw, NC 28173


Sherer Dental Laboratory
PO Box 11627
Rock Hill, SC 29731
```

Solution Start
4301-F Stuart Andrew Blvd.
Charlotte, NC 28217


Spurgeon W. Webber, III
7537 Morrocroft Farms Lane
Charlotte, NC 28211


Stephanie Carter
630 N. Wendover Road
Charlotte, NC 28211


Sterlin B. Webber
7537 Morrocroft Farm Lane
Charlotte, NC 28211


Symphony B. Webber
7537 Morrocroft Farm Lane
Charlotte, NC 28211


Tiffany J. Cockerill
15108 Strathmoor Drive
Charlotte, NC 28277


Time Warner Cable
Business Class
PO Box 77169
Charlotte, NC 28271


Tonya M. Howell
9051 Country Barn Court
Charlotte, NC 28273


Total EHR, LLC
PO Box 653
Birmingham, AL 35201


US Bancorp
1550 American Blvd. E, Suite 450
Minneapolis, MN 55425


US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

```
Wachovia Bank, National Association
8740 Research Drive, 2nd Floor
BCS Post Closing
Charlotte, NC 28262


Wells Business BKG Support
MAC D4004-03A
PO Box 202902
Dallas, TX 75320


Wells Fargo Leasing Customer Service
MAC N005-055
830 Walnut Street
Des Moines, IA 50309


Whitni L. Fields
1637 Morningside Drive
Charlotte, NC 28205


WLNK-FM Greater Media CLT
One Julian Price Place
Charlotte, NC 28208
```

# United States Bankruptcy Court
## Western District of North Carolina

In re  **S. W. Webber, III, D.D.S., P.A.**                                    Case No.
                              Debtor(s)                                        Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **S. W. Webber, III, D.D.S., P.A.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 25, 2015** | **/s/ Andrew T. Houston** |
| Date | **Andrew T. Houston 36208** |
| | Signature of Attorney or Litigant |
| | Counsel for   **S. W. Webber, III, D.D.S., P.A.** |
| | **Moon Wright & Houston, PLLC** |
| | **227 West Trade Street** |
| | **Suite 180** |
| | **Charlotte, NC 28202** |
| | **704-944-6560 Fax:704-944-0380** |